## Next Friend Authorization

I, AHMED ABDEL AZIZ, understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

| Name | Nationality | |
|---|---|---|
| MOHAMMEDOU OULD SALAHI (b.1970) | MAURITANIAN | F, A, G, E |
| MOHAMMED LEMINE | | A, E |
| MISHAL AL MADANY | SAUDI | A |
| AHMED GHOLAM RABBANY (b.1969) | PAKISTANI | A, U, E |
| ABDURRAHEEM GHOLAM RABBANY | " | A, U |
| ABDULHALIM | " | E, U |
| SHAH BABA | " | U, E? |

Name: Ahmed Abdel Aziz

Witness: May 7, 2005

UNCLASSIFIED

2