UNITED STATES OF AMERICA

EASTERN DISTRICT OF VIRGINIA

GAILLARD T. HUNT deposes and says:

1. My address is 1409 Gleason Street, Silver Spring, Maryland 20902, phone 301-530-2807. I am over 21 years of age and competent to make this affidavit.

2. I attorney for a prisoner held at Guantanamo Bay, Cuba, in a suit pending in the U.S. District Court for the District of Columbia.

3. In October 2005 I visited Guantanamo and talked with my client. He told me that he knew of another prisoner there who had said he would like a lawyer to start a suit on his behalf to win his release from Guantanamo. He told me this other prisoner's name is ABDUL HALEEM. I believe Haleem is a national of Pakistan. His initials would be A.H.

I hereby swear under penalty of perjury that the above statements are true and complete.
Dated: November 18, 2005, Arlington, Virginia.

_____
GAILLARD T. HUNT

**UNCLASSIFIED**

TOTAL P.03