IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HALEEM, | ) |
| Petitioner/Plaintiff, | ) |
| v. | ) CA No. 05-2376 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) |
| Respondents/Defendants. | ) |

**ORDER**

Having considered Petitioner's Motion and Memorandum in Support of Motion for Writ of Habeas Corpus or Order to Show Cause, it is this ___ day of _____, 2005 hereby

**ORDERED**, that Petitioner's motion is GRANTED; and it is further

**ORDERED**, that Respondents shall show cause why the writ should not be granted and submit factual returns within 60 days of the date of this order.

Dated: _____

_____
Reggie B. Walton
United States District Judge