IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL HALEEM,<br><br>    Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>    Respondents/Defendants. | CA No. 05-2376 (RBW) |

**MOTION AND MEMORANDUM IN SUPPORT OF MOTION
FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION**

Petitioner Abdul Haleem ("Haleem") (or Abdulhalim) ("Petitioner"), a prisoner of the United States held at Guantánamo, respectfully moves for a temporary restraining order and preliminary injunction pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and the All Writs Act, 28 U.S.C. § 1651, requiring Respondents to provide counsel for the Petitioner and the Court with 30-days' advance notice of any intended transfer of Mr. Haleem from Guantánamo Bay Naval Base in Cuba to any other country.

On information and belief, Respondents have contemplated removing detainees – including potentially Mr. Haleem – from Guantánamo to foreign territories for torture or indefinite detention without due process of law. Petitioner asks that his counsel be given advance notice of any transfer to enable counsel the opportunity to contest his removal from Guantánamo and to preserve the jurisdiction of the Court in this matter. This relief has been granted in several other Guantánamo detainee cases, either as a preliminary injunction, *see, e.g.*, *Abdah v. Bush*, 04-cv-1254 (HHK) (March 29, 2005) (Ex. A), and *Al-Mohammed v. Bush*, 05-cv-0247 (HHK) (March 30, 2005) (Ex. B), or through the vehicle of a stay, *see, e.g., Al-Hela v.*

*Bush*, 05-cv-01048 (D.D.C. June 3, 2005) (RU) (Ex. C).  For purposes of the instant motion, Petitioner is identically situated to the detainees in each of these other cases.  Because Respondents have refused to consent to this motion and therefore to assure counsel that Mr. Haleem will not be removed from Guantánamo pending disposition of the instant motion for a preliminary injunction, Petitioner also moves under Rule 65(b) for a temporary restraining order barring his removal from Guantánamo until this Court has ruled on his motion for a preliminary injunction.

WHEREFORE, Petitioner respectfully requests that Respondents be ordered to provide counsel for the Petitioner and the Court with 30-days' advance notice of any intended transfer of Mr. Haleem from Guantánamo.

Dated:  December 19, 2005

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

_____
Richard L. Cys (DC Bar No. 087536)
1500 K Street, NW, Ste. 450
Washington, DC  20005-1272
Tel:  (202) 508-6617
Fax:  (202) 508-6699

James P. Walsh (DC Bar No. 930115)
One Embarcadero Center, Ste. 600
San Francisco, CA  94111-3611
Tel:  (415) 276-6556
Fax:  (415) 276-6599

Counsel for Petitioner

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012

## CERTIFICATE OF SERVICE

      I, Richard L. Cys, hereby certify that on this 19th day of December, 2005, I caused copies of the foregoing Motion and Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction to be served on each of the Respondents or their counsel as follows:

*By hand-delivery to:*

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC  20530

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 5111
Washington, DC  20530

*By Express Mail:*

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC  20500

Donald Rumsfeld
Secretary of Defense
U.S. Department of Defense
1000 Defense Pentagon
Washington, DC  20301-1000

*By U.S. Mail:*

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
Guantánamo Bay Naval Station
Guantánamo Bay, Cuba
c/o United States Army
Army Pentagon
Washington, DC  20310-0200

Army Col. Nelson J. Cannon
Commander, Camp Delta
Guantánamo Bay Naval Station
Guantánamo Bay, Cuba
c/o United States Army
Army Pentagon
Washington, DC  20310-0200

*By email to:*

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Room 6120
Washington, DC  20530
e-mail:  Andrew.Warden@usdoj.gov

_____
Richard L. Cys