IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL HALEEM,  )<br>  )<br>    Petitioner/Plaintiff, )<br>  )<br>v.  )<br>  )<br>GEORGE W. BUSH, President of the )<br>United States, *et al.*,  )<br>  )<br>    Respondents/Defendants.  )<br>  ) | CA No. 05-2376 (RBW) |

**ORDER**

Having considered Petitioner's Motion and Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction, it is this ___ day of _____, 2005 hereby

**ORDERED**, that Petitioner's motion for a preliminary injunction and temporary restraining order is GRANTED; and it is further

**ORDERED**, that Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, may not remove Petitioner from Guantánamo unless the Court and counsel receive 30-days' advance notice of such removal; and it is further

**ORDERED**, that this order shall remain in effect until the final resolution of Petitioner's habeas claims unless otherwise modified or dissolved.

 

_____
Reggie B. Walton
United States District Judge