IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HALEEM, *et al.*, ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 05-CV-2376 (RBW) |
| GEORGE W. BUSH, ) President of the United States, *et al.*, ) | |
| Respondents. ) | |

**(PROPOSED) ORDER TO SHOW CAUSE**

Having considered Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed For Lack of Proper "Next Friend" Standing, and it appearing that good cause exists for granting the motion, it is hereby

ORDERED that petitioner shall show cause within ___ days of the date of this order why this case should not be dismissed for lack of proper next friend standing. It is further

ORDERED that respondents shall respond to petitioner's submission in response to this order within ___ days of the filing of petitioner's submission. It is further

ORDERED that petitioners' motion for writ of habeas corpus or order to show cause is DENIED.

IT IS SO ORDERED.


DATED: _____        _____
                                                                    United States District Judge