IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDUL HALEEM, | ) ) ) | |
| Petitioner/Plaintiff, | ) ) | |
| v. | ) ) | CA No. 05-2376 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents/Defendants. | ) ) | |

**PETITIONER'S REPLY TO RESPONDENTS' MEMORANDUM IN OPPOSITION
TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Petitioner Abdul Haleem ("Haleem"), a prisoner of the United States held at Guantánamo, respectfully submits his Reply to Respondents' Memorandum in Opposition to his Motion for Temporary Restraining Order and Preliminary Injunction.

One issue raised by Respondents has been resolved. Respondents had earlier represented that they were unable to confirm the identity of Petitioner. See Respondents' Memorandum in Opposition to Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (Docket No. 4) at 1. Petitioner's counsel subsequently provided additional identifying information from which Respondents have confirmed that Petitioner is a detainee at Guantánamo Bay. See Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing or, in the Alternative, to Stay Proceedings Pending Related Appeals, and Memorandum in Opposition to Motion for Writ of Habeas Corpus or Order to Show Cause ("Show Cause Motion") (Docket No. 5) at fn.1.

Turning to the substance of Respondents' position, other Judges of the Court in at least 19 other cases, have prohibited Respondents from removing the Petitioners in those cases from

Guantánamo without providing counsel and the Court with 30-days advance notice of the intended removal. Some of those Judges have imposed this notice requirement by means of a preliminary injunction.[1] Others have required advance notice as a condition of issuing a stay.[2]

Nevertheless, Petitioner is aware of this Court's prior decision denying the same relief Petitioner now seeks. *See Almurbati v. Bush*, 366 F. Supp.2d 72 (D.D.C. April 14, 2005). Petitioner is also aware that this Court views *Almurbati* as controlling for purposes of a motion such as this. *See Battayav v. Bush*, Civ. No. 05-714 (D.D.C., May 3, 2005). Here Respondents have deviated from their previous practice of stipulating to entry of the Protective Order governing detainee proceedings thus preventing counsel, who has a security clearance, from communicating with his client including presumably a visit with him at Guantánamo Bay. See Respondents' Show Cause Motion at 12-13. Respondents contend that until their challenge to next friend standing is resolved, the court does not have jurisdiction to enter the protective order. *Id*.

Until these issues are resolved and Petitioner can develop specific facts to support his motion for injunctive relief, this Court should provisionally grant the motion. Alternatively, at a minimum this Court should impose the same restrictions on Respondents' moving Petitioner as it imposed in *Almurbati*. *See Almurbati*, 366 F. Supp. at 73.

---

[1] *Al-Adahi v. Bush*, 05-CV-00280 (GK) (D.D.C. Apr. 28, 2005); *Al Joudi v. Bush*, 05-CV-00301 (GK) (D.D.C. Apr. 4, 2005); *Al-Marri v. Bush*, 04-CV-2035 (GK) (D.D.C. Apr. 4, 2005); *Al-Mohammed v. Bush*, 05-CV-00247 (HHK) (D.D.C. Mar. 30, 2005); *Abdah v. Bush*, 04-CV-1254 (HHK) (D.D.C. Mar. 29, 2005).

[2] *Kurnaz v. Bush*, 04-CV-1135 (ESH) (D.D.C. Apr. 12, 2005); *Ameziane v. Bush*, 05-CV-00392 (ESH) (D.D.C. April 12, 2005); *Abdullah v. Bush*, 05-CV-00023 (RWR) (D.D.C. Apr. 8, 2005); *Al Rashaidan v. Bush*, 05-CV-00586 (RWR) (D.D.C. April 8, 2005); *El Banna v. Bush*, 04-CV-1144 (RWR) (D.D.C. Apr. 8, 2005); *Tumani v. Bush*, 05-CV-00526 (RMU) (D.D.C. Apr. 6, 2005); *Qayed v. Bush*, 05-CV-00454 (RMU) (D.D.C. Apr. 6, 2005); *Al-Wazan v. Bush*, 05-CV-00329 (PLF) (D.D.C. Apr. 1, 2005); *Al-Shihry v. Bush*, 05-CV-00490 (PLF) (D.D.C. Apr. 1, 2005) *Al-Oshan v. Bush*, 05-CV-00520 (RMU) (D.D.C. Mar. 31, 2005).

- 3 -

Dated:  January 6, 2006.

                              Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

     /s/
_____
Richard L. Cys (DC Bar No. 087536)
1500 K Street, NW, Ste. 450
Washington, DC  20005-1272
Tel:  (202) 508-6617
Fax:  (202) 508-6699

James P. Walsh (DC Bar No. 930115)
One Embarcadero Center, Ste. 600
San Francisco, CA  94111-3611
Tel:  (415) 276-6556
Fax:  (415) 276-6599

Counsel for Petitioner

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012

**CERTIFICATE OF SERVICE**

      I, Richard L. Cys, hereby certify that on this 6th day of January, 2006, I caused copies of the foregoing Reply to Respondents' Memorandum in Opposition to Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction to be served on each of the Respondents or their counsel as follows:

*By hand-delivery to:*

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC  20530

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 5111
Washington, DC  20530

*By Express Mail:*

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC  20500

Donald Rumsfeld
Secretary of Defense
U.S. Department of Defense
1000 Defense Pentagon
Washington, DC  20301-1000

*By U.S. Mail*:

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
Guantánamo Bay Naval Station
Guantánamo Bay, Cuba
c/o United States Army
Army Pentagon
Washington, DC  20310-0200

Army Col. Nelson J. Cannon
Commander, Camp Delta
Guantánamo Bay Naval Station
Guantánamo Bay, Cuba
c/o United States Army
Army Pentagon
Washington, DC  20310-0200

*By email to:*

Preeya M. Noronha
Terry Marcus Henry
Andrew I. Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Room 6120
Washington, DC  20530
e-mail:  Andrew.Warden@usdoj.gov

                        /s/
                    Richard L. Cys