## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
**ABDUL HALEEM,**                                          )
)
                    **Petitioner/Plaintiff,**           )
)
          **v.**                                                  )          **CA No. 05-2376 (RBW)**
)
**GEORGE W. BUSH, President of the**        )
      **United States,** *et al.*,                         )
)
                    **Respondents/Defendants.**     )
_____)

## CONSENT MOTION FOR EXTENSION OF TIME

Petitioner Abdul Haleem ("Haleem") ("Petitioner"), a prisoner of the United States held at Guantánamo, respectfully requests that the time for filing an opposition to Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing or, in the Alternative, to Stay Proceedings Pending Related Appeals, and Memorandum in Opposition to Motion for Writ of Habeas Corpus or Order to Show Cause, filed December 30, 2005, be extended for two weeks from January 13, 2006 to January 27, 2006. This additional time is required to coordinate the opposition with the position of other detainees, as well as the press of other business and other commitments of undersigned counsel.  Counsel for Respondents has represented that she does not oppose this request.

For these reasons, Haleem respectfully requests, without opposition, that the time for filing his opposition be extended for two weeks from January 13, 2000 until January 27, 2006.

Dated:  January 9, 2006

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

_____/s/_____

Richard L. Cys (DC Bar No. 087536)
1500 K Street, NW, Ste. 450
Washington, DC  20005-1272
Tel:  (202) 508-6617
Fax:  (202) 508-6699

James P. Walsh (DC Bar No. 930115)
One Embarcadero Center, Ste. 600
San Francisco, CA  94111-3611
Tel:  (415) 276-6556
Fax:  (415) 276-6599

Counsel for Petitioner

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012

## CERTIFICATE OF SERVICE

I, Richard L. Cys, hereby certify that on this 9th day of January, 2006, I caused copies of the foregoing Consent Motion for Extension of Time to be served on each of the Respondents or their counsel as follows:

*By hand-delivery to:*

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC  20530

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 5111
Washington, DC  20530

*By Express Mail:*

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC  20500

Donald Rumsfeld
Secretary of Defense
U.S. Department of Defense
1000 Defense Pentagon
Washington, DC  20301-1000

*By U.S. Mail*:

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
Guantánamo Bay Naval Station
Guantánamo Bay, Cuba
c/o United States Army
Army Pentagon
Washington, DC  20310-0200

Army Col. Nelson J. Cannon
Commander, Camp Delta
Guantánamo Bay Naval Station
Guantánamo Bay, Cuba
c/o United States Army
Army Pentagon
Washington, DC  20310-0200

*By email to:*

Preeya M. Noronha
Terry Marcus Henry
Andrew I. Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Room 6120
Washington, DC  20530
e-mail:  Andrew.Warden@usdoj.gov


_____/s/_____
Richard L. Cys