## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABDUL HALEEM** | ) | |
| | ) | |
| **Petitioner/Plaintiff** | ) | |
| | ) | |
| *v.* | ) | CA No. 05-2376 (RBW) |
| | ) | |
| **GEORGE W. BUSH, President of the** | ) | |
| **United States,** *et al.,* | ) | |
| | ) | |
| **Respondents/Defendants.** | ) | |

## DECLARATION OF RICHARD L. CYS

I, Richard L. Cys, state as follows:

1.    I am a partner in the law firm of Davis Wright Tremaine LLP resident in the firm's Washington, D.C. office, and my firm has agreed to serve as pro bono civilian counsel to Petitioner, Abdul Haleem.

2.    Attached to the Petition in this case is a true and correct copy of the document whereby Petitioner designated Ahmed Abdel Aziz as his Next Friend, authorizing Clive Stafford Smith or counsel authorized by him to serve as his legal representative.  Copy attached hereto as Attachment 1.

3.    Attached hereto as Attachment 2 is "List of detainees who went through complete CSRT process".  According to this document, Petitioner's name is Abdul Halim Sadiqi, from Pakistan, ISN # 1007.

4.    Attached hereto as Attachment 3 is a true and correct copy of a document entitled "The Legal Basis for Detaining Al Qaida and Taliban Combatants" published on a website maintained by the U.S. Department of Defense.

5.     On December 15, 2005 I sent an e-mail to Andrew I. Warden, Trial Attorney at the Justice Department, to request that the government consent to the entry of the protective order entered by Judge Green in *Abdah v. Bush*.  On December 16, 2005 Mr. Warden replied that the government would not consent to the entry of the November 8, 2004 Amended Protective Order or the two supplemental protective orders issued by Judge Green (December 13, 2004 supplement to the Protective Order regarding filing procedures and November 10, 2004 order regarding protected information designation procedures).  See e-mail exchange of December 15 and 16, 2005, Attachment 4 hereto.

6.     Especially in light of this court's recent decision in *Amon* (05-1493) ordering the entry of protective orders notwithstanding the Court's earlier stay, on June 14, 2006 I wrote again to Mr. Warden requesting the government's consent to entry of the protective orders.  On June 14, 2006 he replied that the government refused to give its consent.  See e-mail exchange of June 14, 2006, Attachment 5 hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of June, 2006.

*[signature]*

# ATTACHMENT 1

**Next Friend Authorization**

I, AHMED ABDEL AZIZ , understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

MOHAMMEDOU OULD SALAHI        MAURITANIAN        F, A, G, E
      (b. 1970)                                  A, E
MOHAMMED LEMINE                                  A
MISHAL AL MADANY              SAUDI              A, U, E
AHMED GHOLAM RABBANY (b. 1969) PAKISTANI         A, U
ABDURRAHEEM GHOLAM RABBANY         "             E, U
ABDULHALIM                         "             U, E?
SHAH BABA

Name: ___Ahmed AbdelAziz___

Witness: MAY 7, 2005

## UNCLASSIFIED

2

Nov 28 05 07:50p    GT                3015646059              P.1
J-24-2004  04:14                                      P.03

UNITED STATES OF AMERICA

EASTERN DISTRICT OF VIRGINIA

GAILLARD T. HUNT deposes and says:

1. My address is 1409 Gleason Street, Silver Spring, Maryland 20902, phone 301-530-2807. I am over 21 years of age and competent to make this affidavit.

2. I attorney for a prisoner held at Guantanamo Bay, Cuba, in a suit pending in the U.S. District Court for the District of Columbia.

3. In October 2005 I visited Guantanamo and talked with my client. He told me that he knew of another prisoner there who had said he would like a lawyer to start a suit on his behalf to win his release from Guantanamo. He told me this other prisoner's name is ABDUL HALEEM. I believe Haleem is a national of Pakistan. His initials would be A.H.

I hereby swear under penalty of perjury that the above statements are true and complete. Dated: November 18, 2005, Arlington, Virginia.

*Gaillard T. Hunt*

GAILLARD T. HUNT

**UNCLASSIFIED**

TOTAL P.03

ATTACHMENT 2

**List of detainees who went through complete CSRT process**
**(All detainees who went through Round 1 of ARB process are also found on this list)**

| | Short ISN | Name | Citizenship |
|---|---|---|---|
| 1 | 002 | HICKS, DAVID MICHAEL | Australia |
| 2 | 003 | RUHANI, GHOLAM | Afghanistan |
| 3 | 004 | WASIQ, ABDUL HAQ | Afghanistan |
| 4 | 005 | AL MATRAFI, ABDALLAH AIZA | Saudi Arabia |
| 5 | 006 | NOORI, MULLAH NORULLAH | Afghanistan |
| 6 | 007 | FAZL, MULLAH MOHAMMAD | Afghanistan |
| 7 | 008 | RASOUL, ABDULLAH GULAM | Afghanistan |
| 8 | 010 | SATTAR, ABDUL | Pakistan |
| 9 | 013 | MOHAMED, FAHED NASSER | Saudi Arabia |
| 10 | 015 | UL SHAH, ZIA | Pakistan |
| 11 | 017 | KHAN, MUHAMMED IJAZ | Pakistan |
| 12 | 022 | HAMIDUVA, SHAKHRUKH | Uzbekistan |
| 13 | 024 | ABASSI, FEROZ ALI | U.K. |
| 14 | 025 | AL JOUDI, MAJEED ABDULLAH | Saudi Arabia |
| 15 | 026 | GHAZI, FAHED ABDULLAH AHMAD | Yemen |
| 16 | 027 | UTHMAN, UTHMAN ABDUL RAHIM MOHAMMED | Yemen |
| 17 | 028 | AL ALAWI, MUAZ HAMZA AHMAD | Yemen |
| 18 | 029 | AL ANSI, MUHAMMAD AHMAD ABDALLAH | Yemen |
| 19 | 030 | AL HIKIMI, AHMED UMAR ABDULLAH | Yemen |
| 20 | 031 | ABD AL MUJAHID, MAHMOUD ABD AL AZIZ | Yemen |
| 21 | 032 | AHMED, FARUQ ALI | Yemen |
| 22 | 033 | AL EDAH, MOHAMMED AHMAD SAID | Yemen |
| 23 | 034 | AL YAFI, AL KHADR ABDALLAH MUHAMMED | Yemen |
| 24 | 035 | QADER IDRIS, IDRIS AHMED ABDU | Yemen |
| 25 | 036 | IDRIS, IBRAHIM OTHMAN IBRAHIM | Yemen |
| 26 | 037 | ABD AL WAHAB, ABD AL MALIK | Yemen |
| 27 | 038 | AL YAZIDI, RIDAH BIN SALEH | Tunisia |
| 28 | 039 | AL BAHLUL, ALI HAMZA AHMED SULEIMAN | Yemen |
| 29 | 040 | AL MUDHAFFARI, ABDEL QADIR HUSSEIN | Yemen |
| 30 | 041 | AHMAD, MAJID MAHMUD ABDU | Yemen |
| 31 | 042 | SHALABI, ABDUL RAHMAN | Saudi Arabia |
| 32 | 043 | MOQBEL, SAMIR NAJI AL HASAN | Yemen |
| 33 | 044 | ABU GHANIM, MOHAMMED RAJAB SADIQ | Yemen |
| 34 | 045 | AL RAHIZI, ALI AHMAD MUHAMMAD | Yemen |
| 35 | 046 | ABDALLAH, SAYF BIN | Tunisia |
| 36 | 048 | ALHAMIRI, ABDULLAH | UAE |
| 37 | 049 | AL AASMI, ASSEM MATRUQ MOHAMMAD | Saudi Arabia |
| 38 | 050 | AL HUSAYN, ZAID MUHAMAMD SA'AD | Jordan |
| 39 | 051 | BARAYAN, MAJID AL | Saudi Arabia |
| 40 | 052 | AL MURBATI, ISSA ALI ABDULLAH | Bahrain |
| 41 | 053 | AL MAHAYAWI, SAUD DAKHIL ALLAH MUSLIH | Saudi Arabia |
| 42 | 054 | AL QOSI, IBRAHIM AHMED MAHMOUD | Sudan |
| 43 | 055 | AL ZAYLA, MUHAMMED YAHIA MOSIN | Saudi Arabia |
| 44 | 057 | AL HARBI, SALIM SULIMAN | Saudi Arabia |
| 45 | 058 | AL WAHAB, MUSA ABED | Saudi Arabia |
| 46 | 059 | AL UWAYDHA, SULTAN AHMED DIRDEER MUSA | Saudi Arabia |
| 47 | 060 | AL WADI, ADIL KAMIL ABDULLAH | Bahrain |
| 48 | 061 | KARNAZ, MURAT | Turkey |
| 49 | 062 | AL JUHANI, MUHAMAD NAJI SUBHI | Saudi Arabia |
| 50 | 063 | AL QAHTANI, MUHAMMAD MANI AHMED AL SHAL LAN | Saudi Arabia |
| 51 | 064 | SEBAII, ABDEL HADI MOHAMMED BADAN AL SEBAII | Saudi Arabia |
| 52 | 065 | AMIN, OMAR RAJAB | Kuwait |

1

**List of detainees who went through complete CSRT process**
**(All detainees who went through Round 1 of ARB process are also found on this list)**

| | Short ISN | Name | Citizenship |
|---|---|---|---|
| 53 | 066 | AL SULAMI, YAHYA SAMIL AL SUWAYMIL | Saudi Arabia |
| 54 | 067 | AL TAMINI, ABD AL RAZZAQ ABDALLAH IBRAHIM | Saudi Arabia |
| 55 | 068 | AL BAWARDI, KHALID SAUD ABD AL RAHMAN | Saudi Arabia |
| 56 | 069 | ISMAIL, SADEQ MUHAMMAD SA ID | Yemen |
| 57 | 070 | HOUARI, ABDUL RAHAM | Algeria |
| 58 | 072 | IKASSRIN, LAACIN | Morocco |
| 59 | 073 | NUR, YUSIF KHALIL ABDALLAH | Saudi Arabia |
| 60 | 074 | AL RASHID, MESH ARSAD | Saudi Arabia |
| 61 | 075 | LAHASSIHI, NAJEB | Morocco |
| 62 | 076 | ((SHARIPOV)), RUKNIDDIN FAYZIDDINOVICH | Tajikistan |
| 63 | 077 | FAZROLLAH, MEHRABANB | Tajikistan |
| 64 | 078 | AL HANASHI, MOHAMMAD AHMED ABDULLAH SALEH | Yemen |
| 65 | 079 | AL HARAZI, FAHED | Saudi Arabia |
| 66 | 081 | ALI, WALID MOHAMMAD HAJ MOHAMMAD | Sudan |
| 67 | 084 | BATAYEV, ILKHAM TURDBYAVICH | Uzbekistan |
| 68 | 088 | AWAD, WAQAS MOHAMMED ALI | Yemen |
| 69 | 089 | TSIRADZHO, POOLAD T | Azerbaijan |
| 70 | 090 | (VAKHIDOV) SOBIT (ABDUMUKIT) VALIKHONOVICH | Tajikistan |
| 71 | 091 | AL SALEH, ABDUL | Yemen |
| 72 | 093 | AL ZAHRANI, YASSER TALAL | Saudi Arabia |
| 73 | 094 | AL SEHLI, IBRAHIM DAIF ALLAH NEMAN | Saudi Arabia |
| 74 | 095 | AHMED, ABDUL RAHMAN UTHMAN | Saudi Arabia |
| 75 | 096 | AL UTAYBI, MUHAMMAD SURUR DAKHILALLAH | Saudi Arabia |
| 76 | 102 | MOHAMMED, NAG | China |
| 77 | 103 | MAHMUD, ARKIN | China |
| 78 | 105 | ALI, ADNAN MOHAMMED | Saudi Arabia |
| 79 | 108 | ALIZA, ABDUL RAUF | Afghanistan |
| 80 | 109 | AL RABIESH, YUSEF ABDULLAH SALEH | Saudi Arabia |
| 81 | 111 | TAYEEA, ALI ABDUL MOTALIB AWAYD HASSAN AL | Iraq |
| 82 | 112 | AL KHALDI, ABDUL AZIZ SAAD | Saudi Arabia |
| 83 | 114 | AL SHIHRI, YUSSEF MOHAMMED MUBARAK | Saudi Arabia |
| 84 | 115 | SALEH NASER, ABDUL RAHMAN MOHAMED | Yemen |
| 85 | 117 | AL WARAFI, MUKTAR YAHYA NAJEE | Yemen |
| 86 | 118 | KAHM, ABDUL RAHMAN ABDULLAH MOHAMED JUMA | Afghanistan |
| 87 | 120 | RASOOL, HABIB | Afghanistan |
| 88 | 121 | MOHAMMED, SALMAN SAAD AL KHADI | Saudi Arabia |
| 89 | 122 | AL ATABI, BIJAD THIF ALLAH | Saudi Arabia |
| 90 | 123 | HASSAN, MUHAMMAD HUSSEIN ALI | Morocco |
| 91 | 126 | SAID, SALAM ABDULLAH | Saudi Arabia |
| 92 | 128 | AL BIHANI, GHALEB NASSAR | Yemen |
| 93 | 129 | AL-MARWA'I, TOUFIG SABER MUHAMMAD | Yemen |
| 94 | 130 | SULTAN, FAHA | Saudi Arabia |
| 95 | 131 | BEN KEND, SALEM AHMED | Yemen |
| 96 | 132 | AL SHIHRI, ABD AL SALAM GHAYTAN MURAYYIF AL ZAYDA | Saudi Arabia |
| 97 | 142 | FAZALDAD | Pakistan |
| 98 | 148 | BIN HAMIDA, ADIL MABROUK | Tunisia |
| 99 | 149 | HAMDAN, SALIM AHMED SALIM | Yemen |
| 100 | 150 | BOUJAADIA, SAID | Morocco |
| 101 | 151 | HASHEM, MUBARAK HUSSAIN BIN ABUL | Bangladesh |
| 102 | 152 | AL KHALAQI, ASIM THAHIT ABDULLAH | Yemen |
| 103 | 153 | SULEIMAN, FAYIZ AHMAD YAHIA | Yemen |
| 104 | 154 | AL AWFI, MAZIN SALIH MUSAID | Saudi Arabia |
| 105 | 155 | AL HUBAYSHI, KHALID SULAYMANJAYDH | Saudi Arabia |

**List of detainees who went through complete CSRT process**
**(All detainees who went through Round 1 of ARB process are also found on this list)**

| | Short ISN | Name | Citizenship |
|---|---|---|---|
| 106 | 156 | ABD AL RAHMAN ABD, ALLAL AB ALJALLIL | Yemen |
| 107 | 157 | AL MALKI, SAED KHATEM | Saudi Arabia |
| 108 | 158 | AL HARBI, MAJID ABDALLAH HUSAYN MUHAMMAD AL SAM | Saudi Arabia |
| 109 | 159 | AL NOAIMI, ABDULLAH | Bahrain |
| 110 | 160 | BEN MOUJAN, MUHAMMAD | Morocco |
| 111 | 162 | AL TAYS, ALI HUSAYN ABDULLAH | Yemen |
| 112 | 163 | AL QADASI, KHALID ABD JAL JABBAR MUHAMMAD JUTHMA | Yemen |
| 113 | 165 | AL BUSAYSS, ADIL SAID AL HAJ OBEID | Yemen |
| 114 | 167 | AL RAIMI, ALI YAHYA MAHDI | Yemen |
| 115 | 168 | SHAHEEN, MUHAMMED IBN ARFAN | Tunisia |
| 116 | 170 | MASUD, SHARAF AHMAD MUHAMMAD | Yemen |
| 117 | 171 | ALAHDAL, ABU BAKR IBN ALI MUHHAMMAD | Yemen |
| 118 | 172 | MOHAMMED, ALI MUHAMMED NASIR | Saudi Arabia |
| 119 | 173 | KHALID, RIDOUANE | France |
| 120 | 174 | SLITI, HISHAM BIN ALI BIN AMOR | West Bank |
| 121 | 175 | SAID, HASSAN MUJAMMA RABAI | Algeria |
| 122 | 176 | AL QURAYSHI, MAJID AYDHA MUHAMMAD | Saudi Arabia |
| 123 | 177 | AL JUTAYLI, FAHD SALIH SULAYMAN | Saudi Arabia |
| 124 | 178 | BAADA, TAREQ ALI ABDULLAH AHMED | Yemen |
| 125 | 179 | AL JUAID, ABDUL RAHMAN OWAID MOHAMMAD | Saudi Arabia |
| 126 | 181 | AL SHIMRI, MAJI AFAS RADHI | Saudi Arabia |
| 127 | 182 | AL JABRI, BANDAR AHMAD MUBARAK | Saudi Arabia |
| 128 | 183 | AL JAYFI, ISSAM HAMID AL BIN ALI | Yemen |
| 129 | 184 | AL OMAIRAH, OTHMAN AHMED OTHMAN | Yemen |
| 130 | 185 | TURKI MASH AWI ZAYID AL ASIRI | Saudi Arabia |
| 131 | 186 | BALKHAIR, RASHED AWAD KHALAF | Saudi Arabia |
| 132 | 187 | MAKRAM, MURTADHA AL SAID | Saudi Arabia |
| 133 | 188 | AL FAYFI, JABIR JUBRAN | Saudi Arabia |
| 134 | 189 | GHEREBY, SALEM ABDUL SALEM | Libya |
| 135 | 190 | AL MISHAD, SHARIF FATI ALI | Egypt |
| 136 | 191 | JAID AL KHATHAMI, SALEH ALI | Saudi Arabia |
| 137 | 192 | ARBAYSH, IBRAHIMJ SULAYMAN MUHAMMAD | Saudi Arabia |
| 138 | 193 | MOQBILL, MUHSIN MUHAMMAD MUSHEEN | Yemen |
| 139 | 194 | MUHAMMAD ABD ALLAH MANSUR AL FUTURI | Libya |
| 140 | 195 | AL SHUMRANI, MOHAMMAD AL RAHMAN | Saudi Arabia |
| 141 | 196 | MUSA BIN ALI BIN SAID AL AMRI | Saudi Arabia |
| 142 | 197 | SHOKURI, YUNIS ABDURRAHMAN | Morocco |
| 143 | 198 | AL ASADI, MOHAMMED AHMED ALI | Yemen |
| 144 | 199 | AL AMRI, ABDUL RAHMAN MA ATH THAFIR | Saudi Arabia |
| 145 | 200 | QAHTANI, SAID MUHAMMAD HUSYAN | Saudi Arabia |
| 146 | 201 | TOURSON, AHMAD | China |
| 147 | 202 | BIN ATEF, MAHMMOUD OMAR MOHAMMED | Yemen |
| 148 | 204 | AL ZAHRANI, SAID IBRAHIM RAMZI | Saudi Arabia |
| 149 | 205 | AMTIRI, NASSER NAJIRI | Kuwait |
| 150 | 206 | ABDEL AZIZ, ABDULLAH MUHAMMED | Saudi Arabia |
| 151 | 207 | ALHABIRI, MISHAL AWAD SAYAF | Saudi Arabia |
| 152 | 208 | SALEHOVE, MAROOF SALEEMOVICH | Tajikistan |
| 153 | 213 | AL HAMEYDANI, KHALID BIN ABDULLAH MISHAL THAMER | Kuwait |
| 154 | 214 | AL KURASH, MUHAMMAD ABD AL RAHMAN | Saudi Arabia |
| 155 | 215 | AL SHARIF, FAHD UMR ABD AL MAJID | Saudi Arabia |
| 156 | 216 | AL KABI, JAMIL ALI | Saudi Arabia |
| 157 | 217 | AL SHAMMERI, ABD AL AZIZ SAYER UWAIN | Kuwait |
| 158 | 218 | AL FOUZAN, FAHD MUHAMMED ABDULLAH | Saudi Arabia |

3

**List of detainees who went through complete CSRT process**
**(All detainees who went through Round 1 of ARB process are also found on this list)**

|  | Short ISN | Name | Citizenship |
|---|---|---|---|
| 159 | 219 | RAZAK, ABDUL | China |
| 160 | 220 | AL AJMI, ABDALLAH SALEH ALI | Kuwait |
| 161 | 221 | SALIH, ALI MOHSEN | Yemen |
| 162 | 222 | AL KUNDUZI, UMAR ABDULLAH | Afghanistan |
| 163 | 223 | SULAYMAN, ABDUL RAHMAN ABDUL ABU GHIYTH | Yemen |
| 164 | 224 | MUHAMMAD, ABD AL RAHMAN ABDULLAH ALI | Yemen |
| 165 | 225 | AL SHULAN, HANI ABDUL MUSLIH | Yemen |
| 166 | 226 | AL NURR, ANWAR | Saudi Arabia |
| 167 | 227 | AL BALUSHI, SALAH ABDUL RASUL ALI ABDUL RAHMAN | Bahrain |
| 168 | 228 | KAMEL, ABDULLAH KAMEL ABUDALLAH | Kuwait |
| 169 | 229 | AL DAIHANI, MOHAMMED FENAITEL MOHAMED | Kuwait |
| 170 | 230 | HUMUD DAKHIL HUMUD SA'ID AL-((JAD'AN | Saudi Arabia |
| 171 | 231 | AL SHARAKH, ABDULHADI ABDALLAH IBRAHIM | Saudi Arabia |
| 172 | 232 | AL AWDA, FOUZI KHALID ABDULLAH | Kuwait |
| 173 | 233 | SALIH, ABDUL AL RAZZAQ MUHAMMAD | Yemen |
| 174 | 234 | AL ZAHARNI, KHALID MOHAMMED | Saudi Arabia |
| 175 | 235 | JARABH, SAEED AHMED MOHAMMED ABDULLAH SAREM | Yemen |
| 176 | 236 | MUSTAFA, KHALED BEN | France |
| 177 | 237 | SOULEIMANI LAALAMI, MOHAMMED | Morocco |
| 178 | 238 | HADJARAB, NABIL | Algeria |
| 179 | 239 | AMI, SHAKIR ABDURAHIM MOHAMED | Saudi Arabia |
| 180 | 240 | AL SHABLI, ABDULLAH YAHIA YOUSF | Saudi Arabia |
| 181 | 242 | QASIM, KHALED | Yemen |
| 182 | 243 | AL UTAYBI, ABDULLAH ALI | Saudi Arabia |
| 183 | 244 | NASIR, ABDUL LATIF | Morocco |
| 184 | 245 | AL SILM HAJI HAJJAJ AWWAD AL HAJJAJI | Saudi Arabia |
| 185 | 246 | AL KHALIFA, SHEIKH SALMAN EBRAHIM MOHAMED ALI | Bahrain |
| 186 | 248 | AL OSHAN, SALEH ABDALL | Saudi Arabia |
| 187 | 249 | AL HAMIRI, MOHAMMED ABDULLAH | Yemen |
| 188 | 250 | ANVAR, HASSAN | China |
| 189 | 251 | BIN SALEM, MUHHAMMAD SAID | Yemen |
| 190 | 252 | BASARDAH, YASIM MUHAMMED | Yemen |
| 191 | 253 | AL ANSARI, FARIS MUSLIM | Afghanistan |
| 192 | 254 | KHENAINA, MUHAMMAD ALI HUSSEIN | Yemen |
| 193 | 255 | HATIM, SAID MUHAMMED SALIH | Yemen |
| 194 | 256 | AL RADAI, RIYAD ATIQ ALI ABDU AL HAJ | Yemen |
| 195 | 257 | ABDULAYEV, OMAR HAMZAYAVICH | Tajikistan |
| 196 | 258 | IBRAHIM, NAYIF ABDALLAH IBRAHIM | Saudi Arabia |
| 197 | 259 | HINTIF, FADIL HUSAYN SALIH | Yemen |
| 198 | 260 | ADIL, AHMED | China |
| 199 | 261 | AL DOSARI, JUMA MOHAMMED ABDUL LATIF | Bahrain |
| 200 | 262 | AL WAFTI, ABDULLAH ABD AL MU'IN | Saudi Arabia |
| 201 | 263 | SULTAN, ASHRAF SALIM ABD AL SALAM | Libya |
| 202 | 264 | AL BADDAH, ABDUL AZIZ ABDUL RAHMAN ABDUL AZIZ | Saudi Arabia |
| 203 | 265 | AL HARBI, TARIQE SHALLAH HASSAN | Saudi Arabia |
| 204 | 266 | ABDALLAH MUHAMMAD SALIH AL GHANIMI | Saudi Arabia |
| 205 | 268 | AL HATAYBI, ABDUL RAHMAN NASHI BADI | Saudi Arabia |
| 206 | 269 | MUHAMMAD HAMID AL QARANI | Chad |
| 207 | 270 | ZEMMORI, MOSA ZI | Belgium |
| 208 | 271 | AL NASIR, IBRAHIM MUHAMMED IBRAHIM | Saudi Arabia |
| 209 | 272 | AL BAHUTH, ZIYAD SALIH MUHAMMAD | Saudi Arabia |
| 210 | 273 | AL NASIR, ABD AL AZIZ MUHAMMAD IBRAHIM | Saudi Arabia |
| 211 | 274 | AL SAMIRI, BADER AL BAKRI | Saudi Arabia |

4

List of detainees who went through complete CSRT process
(All detainees who went through Round 1 of ARB process are also found on this list)

| | Short ISN | Name | Citizenship |
|---|---|---|---|
| 212 | 275 | ABBAS, YUSEF | China |
| 213 | 276 | BASIT, AKHDAR QASEM | China |
| 214 | 277 | MAHNUT, BAHTIYAR | China |
| 215 | 278 | MAMUT, ABDUL HELIL | China |
| 216 | 279 | AYUB, HAJI MOHAMMED | China |
| 217 | 280 | KHALIK, SAIDULLAH | China |
| 218 | 281 | ABDUL RAHMAN, ABDUL GHAPPAR | China |
| 219 | 282 | ABDULGHUPUR, HAJIAKBAR | China |
| 220 | 283 | QASIM, ABU BAKR | China |
| 221 | 284 | AL QADIR, MOHAMMED ABD AL | Algeria |
| 222 | 285 | ABDULQADIRAKHUN, ABDULLAH | China |
| 223 | 286 | JAHDARI, ZIAD SAID FARG | Saudi Arabia |
| 224 | 287 | ALLAITHY, SAMI ABDUL AZIZ SALIM | Egypt |
| 225 | 288 | SAYAB, MUTIJ SADIZ AHMAD | Algeria |
| 226 | 289 | ABDUREHIM, DAWUT | China |
| 227 | 290 | BEL BACHA, AHMED BIN SALEH | Algeria |
| 228 | 292 | FEGHOUL, ABDULLI | Algeria |
| 229 | 293 | ABDULHEHIM, ADEL | China |
| 230 | 295 | ABDULAHAT, EMAM | China |
| 231 | 296 | SEN, MESUT | Belgium |
| 232 | 298 | UYAR, SALIH | Turkey |
| 233 | 299 | RAZA, ABID | Pakistan |
| 234 | 301 | HAFEZ, KHALIL RAHMAN | Pakistan |
| 235 | 306 | ZAEEF, ABDUL SALAM | Afghanistan |
| 236 | 307 | KHANTUMANI, ABD AL NASIR MUHAMMAD ABD AL QADIR | Syria |
| 237 | 308 | AL NUSAYRI, ADIL UQLA HASSAN | Saudi Arabia |
| 238 | 309 | ABD AL SATTAR, MUIEEN A DEEN JAMAL A DEEN ABD AL R | U.A.E. |
| 239 | 310 | AMEZIANE, DJAMEL SAIID ALI | Algeria |
| 240 | 311 | FARHI, SAIID | Algeria |
| 241 | 312 | KHANTUMANI, MUHAMMAD ABD AL NASIR MUHAMMAD | Syria |
| 242 | 317 | DOKHAN, MOAMMAR BADAWI | Syria |
| 243 | 318 | AL TAIBI, RAMI BIN SAID | Saudi Arabia |
| 244 | 319 | SEBAI, MOHAMMED JAYED | Saudi Arabia |
| 245 | 320 | PARHAT, HOZAIFA | China |
| 246 | 321 | SAID KUMAN, AHMED YASLAM | Yemen |
| 247 | 322 | AL BARAKAT, KHALID HASSAN HUSAYN | Saudi Arabia |
| 248 | 324 | AL SABRI, MASHUR ABDALLAH MUQBIL AHMED | Yemen |
| 249 | 326 | AJAM, AHMED ADNAN MUHAMMAD | Syria |
| 250 | 327 | SHAABAN, ALI HUSEIN MUHAMMAD | Syria |
| 251 | 328 | MOHAMED, AHMED | China |
| 252 | 329 | FARAJ, ABD AL HADIO OMAR MAHMOUD | Syria |
| 253 | 330 | MOUHAMMAD, MAASOUM ABDAH | Syria |
| 254 | 331 | AL SHURFA, OHMED AHMED MAHAMOUD | Saudi Arabia |
| 255 | 332 | AL TAYABI, ABDULLAH | Saudi Arabia |
| 256 | 333 | AL HARBI, MOHAMED ATIQ AWAYD | Saudi Arabia |
| 257 | 334 | AL MARRI, JARALLA SALEH MOHAMMED KAHLA | Qatar |
| 258 | 335 | MOHAMMED, KAHLID SAAD | Saudi Arabia |
| 259 | 336 | AL FRIH, MAJED HAMAD | Saudi Arabia |
| 260 | 337 | AL BIDNA, SA AD IBRAHAM SA AD | Saudi Arabia |
| 261 | 338 | WASIM | Saudi Arabia |
| 262 | 339 | AL MORGHI, KHALID ABDALLAH ABDEL RAHMAN | Saudi Arabia |
| 263 | 340 | AL DUBAIKEY, BESSAM MUHAMMED SALEH | Saudi Arabia |
| 264 | 341 | AL FARHA, SAID ALI | Saudi Arabia |

**List of detainees who went through complete CSRT process**
**(All detainees who went through Round 1 of ARB process are also found on this list)**

|  | Short ISN | Name | Citizenship |
|---|---|---|---|
| 265 | 342 | AL QURBI, MOHAMMED MUBAREK SALAH | Saudi Arabia |
| 266 | 343 | AL RUSHAYDAN, ABDALLAH IBRAHIM | Saudi Arabia |
| 267 | 344 | QA ID, RASHID ABD AL MUSLIH QA ID AL | Saudi Arabia |
| 268 | 345 | AL HAJJ, SAMI MOHY EL DIN MUHAMMED | Sudan |
| 269 | 346 | SHAYBAN, SAID BEZAN ASHEK | Saudi Arabia |
| 270 | 357 | RAHMAN, ABDUL 4 | Afghanistan |
| 271 | 368 | HAWSAWI, AMRAN BAQUR MOHAMMED | Saudi Arabia |
| 272 | 369 | ALGAZZAR, ADEL FATTOUGH ALI | Egypt |
| 273 | 370 | AL HIZANI, ABD | Saudi Arabia |
| 274 | 372 | SA ID ALI JABIR AL KHATHIM AL SHIHRI | Saudi Arabia |
| 275 | 433 | SADKHAN, JAWAD JABBER | Iraq |
| 276 | 434 | AL SHAMYRI, MUSTAFA ABDUL QAWI ABDUL AZIZ | Yemen |
| 277 | 435 | ABDUL SAID, HASSAN | Iraq |
| 278 | 436 | AL USAYMI, NAYIF FAHD MUTLIQ | Saudi Arabia |
| 279 | 437 | AL NASIR, FAIZAL SAHA | Saudi Arabia |
| 280 | 438 | AL KHALIF, HANI SAIID MOHAMMAD | Saudi Arabia |
| 281 | 439 | AL GHATANI, KHALID MALU SHIA | Saudi Arabia |
| 282 | 440 | BWAZIR, MOHAMMED ALI ABDULLAH | Yemen |
| 283 | 441 | AL ZAHRI, ABD AL RAHMAN | Yemen |
| 284 | 452 | JAMALUDINOVICH, ABU BAKIR | Uzbekistan |
| 285 | 455 | HAMIDULLAH, ALI SHER | Uzbekistan |
| 286 | 457 | GUL, MOHAMMAD | Afghanistan |
| 287 | 458 | SARAJUDDIN, ABIB | Afghanistan |
| 288 | 459 | ZAMAN, GUL | Afghanistan |
| 289 | 460 | ZAMAN, KHAN | Afghanistan |
| 290 | 461 | QYATI, ABDUL RAHMAN UMIR AL | Yemen |
| 291 | 489 | JANKO, ABD AL RAHIM ABDUL RASSAK | Syria |
| 292 | 491 | TURKISTANI, SADIK AHMAD | Saudi Arabia |
| 293 | 493 | BUKHARY, ABDUL HAKIM | Saudi Arabia |
| 294 | 494 | NOORALLAH, HAJI | Afghanistan |
| 295 | 495 | RAFIQ, MOHAMMED | Pakistan |
| 296 | 496 | RAHMAN, FIZAULLA | Afghanistan |
| 297 | 497 | SUBII, NASIR MAZIYAD ABDALLAH AL QURAYSHI AL | Saudi Arabia |
| 298 | 498 | HAIDEL, MOHAMMED AHMED SAID | Yemen |
| 299 | 501 | AL OTAIBI, NAWAF FAHAD | Saudi Arabia |
| 300 | 502 | OURGY, ABDUL BIN MOHAMMED BIN ABESS | Tunisia |
| 301 | 503 | AL ZUBA, SALEH MOHAMED | Yemen |
| 302 | 505 | AL MURI, KHALID RASHD ALI | Saudi Arabia |
| 303 | 506 | AL DHUBY, KHALID MOHAMMED SALIH | Yemen |
| 304 | 507 | AL ANAZI, SULTAN SARI SAYEL | Saudi Arabia |
| 305 | 508 | RABEII, SALMAN YAHYA HASSAN MOHAMMED | Yemen |
| 306 | 509 | KHUSRUF, MOHAMMED NASIR YAHYA | Yemen |
| 307 | 510 | NASSERI, RIYAD BIL MOHAMMMED TAHIR | Tunisia |
| 308 | 511 | AL NAHDI, SULAIMAN AWATH SULAIMAN BIN AGEEL | Yemen |
| 309 | 513 | KHOWLAN, ABDUL RAHMAN MOHAMMED HUSSEIN | Saudi Arabia |
| 310 | 514 | THANI, ABDALLAH FARIS AL UNAZI | Saudi Arabia |
| 311 | 516 | AL HARBI, GHANIM ABDUL RAHMAN | Saudi Arabia |
| 312 | 519 | AL QUWARI, MAHRAR RAFAT | West Bank |
| 313 | 521 | KERIMBAKIEV, ABDULRAHIM | Kazakhstan |
| 314 | 522 | ISMAIL, YASIN QASEM MUHAMMAD | Yemen |
| 315 | 526 | ABAHANOV, YAKUB | Kazakhstan |
| 316 | 527 | DAOUD, MOHAMMAN | Afghanistan |
| 317 | 528 | MAGRUPOV, ABDULLAH TOHTASINOVICH | Kazakhstan |

**List of detainees who went through complete CSRT process**
**(All detainees who went through Round 1 of ARB process are also found on this list)**

| | Short ISN | Name | Citizenship |
|---|---|---|---|
| 318 | 530 | GUL, DAWD | Afghanistan |
| 319 | 532 | SHARIF, MOHAMMED | Afghanistan |
| 320 | 533 | ZUMIRI, HASSAN | Algeria |
| 321 | 535 | AL SAWAH, TARIQ MAHMOUD AHMED | Bosnia |
| 322 | 536 | AL HARBI, MOHAMMED ABDULLAH | Saudi Arabia |
| 323 | 537 | AL ALI, MAHMUD SALEM HORAN MOHAMMED MUTLAK | Syria |
| 324 | 546 | MUHIBULLAH, | Afghanistan |
| 325 | 549 | AL DAYI, OMAR SAID SALIM | Yemen |
| 326 | 550 | ZAID, WALID SAID BIN SAID | Yemen |
| 327 | 551 | AL RABIA, FOUAD MAHOUD HASAN | Kuwait |
| 328 | 552 | AL KANDARI, FAIZ MOHAMMED AHMED | Kuwait |
| 329 | 553 | AL BEDANI, ABDUL KHALED AHMED SAHLEH | Saudi Arabia |
| 330 | 554 | AL SANI, FAHMI SALEM SAID | Yemen |
| 331 | 555 | MUHAMMED, ABDUL MAJID | Iran |
| 332 | 556 | KHAN, ABDULLAH MOHAMMAD | Uzbekistan |
| 333 | 557 | BIN QUMU, ABU SUFIAN IBRAHIM AHMED HAMUDA | Libya |
| 334 | 558 | BEGG, MOAZZAN | U.K. |
| 335 | 560 | MOHAMMED, HAJI WALI | Afghanistan |
| 336 | 561 | MUSLIMDOST, ABDUL RAHIM | Afghanistan |
| 337 | 562 | PEERZAI, QARI HASAN ULLA | Afghanistan |
| 338 | 564 | AWAD, JALAL SALAM AWAD | Yemen |
| 339 | 565 | AL MOUSA, ABDUL HAKIM ABDUL RAHMAN ABDUAZIZ | Saudi Arabia |
| 340 | 566 | QATTAA, MANSOOR MUHAMMED ALI | Saudi Arabia |
| 341 | 567 | BARRE, MOHAMMED SULAYMON | Somalia |
| 342 | 568 | AL ZAMEL, ADEL ZAMEL ABD AL MAHSEN | Kuwait |
| 343 | 569 | AL SHARABI, ZUHAIL ABDO ANAM SAID | Yemen |
| 344 | 570 | AL QURASHI, SABRI MOHAMMED EBRAHIM | Yemen |
| 345 | 571 | AL AZMI, SA AD MADHI SA AD HOWASH | Kuwait |
| 346 | 572 | AL ZABE, SLAH MUHAMED SALIH | Saudi Arabia |
| 347 | 574 | AL WADY, HAMOUD ABDULLAH HAMOUD HASSAN | Yemen |
| 348 | 575 | AZANI, SAAD MASIR MUKBL AL | Yemen |
| 349 | 576 | HAMDOUN, ZAHAR OMAR HAMIS BIN | Yemen |
| 350 | 577 | MAR'I, JAMAL MUHAMMED 'ALAWI | Yemen |
| 351 | 578 | AL SUADI, ABDUL AZIZ ABDULLAH ALI | Yemen |
| 352 | 579 | KHAIRKHWA, KHIRULLAH SAID WALI | Afghanistan |
| 353 | 581 | RAHMAN, SHED ABDUR | Pakistan |
| 354 | 584 | NOORI, ADEL | China |
| 355 | 586 | KHAMSAN, KARAM KHAMIS SAYD | Yemen |
| 356 | 588 | AL TABI, MANA SHAMAN ALLABARDI | Saudi Arabia |
| 357 | 589 | ABDUL WAHAB AL ASMR, KHALID MAHOMOUD | Jordan |
| 358 | 590 | RASHIDI, AHMED | Morocco |
| 359 | 591 | ESMHATULLA, QARI | Afghanistan |
| 360 | 627 | BATARFI, AYMAN SAEED ABDULLAH | Yemen |
| 361 | 631 | WAZIR, PADSHA | Afghanistan |
| 362 | 647 | AL SHAMAREE, ZABAN THAAHER ZABAN | Saudi Arabia |
| 363 | 649 | PATEL, MUSTAQ ALI | France |
| 364 | 650 | AL QAHTANI, JABIR HASAN MUHAMED | Saudi Arabia |
| 365 | 651 | KABIR, USAMA HASSAN AHMED ABU | Jordan |
| 366 | 652 | AL QAHTANI, ABDULLAH HAMID | Saudi Arabia |
| 367 | 653 | AL KARIM, ARKAN MOHAMMAD GHAFIL | Iraq |
| 368 | 654 | AL GHAZZAWI, ABDEL HAMID IBN ABDUSSALEM IBN MIFTA | Libya |
| 369 | 655 | DAD, KHUDAI | Afghanistan |
| 370 | 659 | ABDENOUR, SAMEUR | Algeria |

**List of detainees who went through complete CSRT process**
**(All detainees who went through Round 1 of ARB process are also found on this list)**

| | Short ISN | Name | Citizenship |
|---|---|---|---|
| 371 | 660 | LAGHA, LUFTI BIN SWEI | Tunisia |
| 372 | 661 | HABIB, MAMDOUH IBRAHIM AHMED | Australia |
| 373 | 662 | SULEYMAN, AHMED HASSAN JAMIL | Jordan |
| 374 | 664 | UWAYDAH, RASHID AWAD RASHID AL | Saudi Arabia |
| 375 | 669 | AHMED ZAID SALIM ZUHAIR | Saudi Arabia |
| 376 | 670 | HEKMAT, ABDULLAH | Afghanistan |
| 377 | 672 | ASAM, ZAKIRJAN | Uzbekistan |
| 378 | 675 | KASIMBEKOV, KAMALLUDIN | Uzbekistan |
| 379 | 676 | KURD, MOHAMED ANWAR | Iran |
| 380 | 678 | MAHDI, FAWAZ NAMAN HAMOUD ABDULLAH | Yemen |
| 381 | 679 | TAHAR, MOHMMAD AHMAD ALI | Yemen |
| 382 | 680 | HASSAN, EMAD ABDALLA | Yemen |
| 383 | 681 | HASSEN, MOHAMMED MOHAMMED | Yemen |
| 384 | 682 | GHASSAN ABDALLAH GHAZI AL SHIRBI | Saudi Arabia |
| 385 | 683 | AHMED, FAYAD YAHYA | Yemen |
| 386 | 684 | TAHAMUTTAN, MOHAMMED ABDULLAH | West Bank |
| 387 | 685 | ABDELRAHMAN, ABDELRAZAK ALI | Libya |
| 388 | 686 | HAKIM, ABDEL GHALIB AHMAD | Yemen |
| 389 | 687 | AL NOOFAYAEE, ABDALAZIZ KAREEM SALIM | Saudi Arabia |
| 390 | 688 | AHMED, FAHMI ABDULLAH | Yemen |
| 391 | 689 | SALAM, MOHAMMED AHMED | Yemen |
| 392 | 690 | QADER, Ahmed Abdul | Yemen |
| 393 | 691 | SALEM AL ZARNUKI, MOHAMMED ALI | Yemen |
| 394 | 692 | ALEH, ALI BIN ALI | Yemen |
| 395 | 693 | AHMED, ALI ABDULLAH | Yemen |
| 396 | 694 | BARHOUMI, SUFYIAN | Algeria |
| 397 | 695 | ABU BAKR, OMAR KHALIFA MOHAMMED | Libya |
| 398 | 696 | AL QAHTANI, JABRAN SAID WAZAR | Saudi Arabia |
| 399 | 701 | KIYEMBA, JAMAL ABDULLAH | Uganda |
| 400 | 702 | MINGAZOV, RAVIL | Russia |
| 401 | 703 | LABED, AHMED BIN KADR | Algeria |
| 402 | 704 | ABDALLAH, MUHAMED HUSSEIN | Somalia |
| 403 | 705 | HAMLILY, MUSTAFA AHMED | Algeria |
| 404 | 706 | MOHAMMAD, MOHAMMAD LAMEEN SIDI | Mauritania |
| 405 | 707 | MUHAMMAED, NOOR UTHMAN | Sudan |
| 406 | 708 | ALI BAKUSH, ISMAEL ALI FARAJ | Libya |
| 407 | 709 | ABU AL QUSIN, ABDUL RAUF OMAR MOHAMMED | Libya |
| 408 | 710 | BANI AMIR, SALIM MAHMOUD ADEM MOHAMMED | Sudan |
| 409 | 712 | GADALLAH, HAMMAD ALI AMNO | Sudan |
| 410 | 713 | AL ZAHRANI, MUHAMMED MURDI ISSA | Saudi Arabia |
| 411 | 716 | SALEEM, ALLAH MUHAMMED | Egypt |
| 412 | 717 | BIN HADIDDI, ABDUL HADDI | Tunisia |
| 413 | 718 | BOUCETTA, FETHI | Algeria |
| 414 | 719 | AL HASSAN, MUSTAFA IBRAHIM MUSTAFA | Sudan |
| 415 | 720 | YAKOUB MOHAMMED | Sudan |
| 416 | 721 | OMAR, ABDULLAH BIN | Tunisia |
| 417 | 722 | DIYAB, JIHAD AHMED MUJSTAFA | Lebanon |
| 418 | 727 | DEGHAYES, OMAR AMER | Libya |
| 419 | 728 | NASSIR, JAMIL AHMED SAID | Yemen |
| 420 | 730 | FAUZEE, IBRAHIM | Maldives |
| 421 | 743 | MADNI, HAFEZ QARI MOHAMED SAAD IQBAL | Pakistan |
| 422 | 744 | NAJI, AZIZ ABDUL | Algeria |
| 423 | 753 | ZAHIR, ABDUL | Afghanistan |

**List of detainees who went through complete CSRT process**
**(All detainees who went through Round 1 of ARB process are also found on this list)**

|  | Short ISN | Name | Citizenship |
|---|---|---|---|
| 424 | 757 | AZIZ, AHMED OULD ABDEL | Mauritania |
| 425 | 758 | AL NAELY, ABBAS HABID RUMI | Iraq |
| 426 | 760 | SLAHI, MOHAMEDOU OULD | Mauritania |
| 427 | 761 | ZEIDAN, IBRAHIM MAHDY ACHMED | Libya |
| 428 | 762 | OBAIDULLAH | Afghanistan |
| 429 | 766 | KHADR, OMAR AHMED | Canada |
| 430 | 768 | AL DARBI, AHMED MUHAMMED HAZA | Saudi Arabia |
| 431 | 782 | GUL, AWAL | Afghanistan |
| 432 | 783 | ULLAH, SHAMS | Afghanistan |
| 433 | 798 | WAKIL, HAJI SAHIB ROHULLAH | Afghanistan |
| 434 | 801 | MELMA, SABAR LAL | Afghanistan |
| 435 | 812 | SHAH, QALANDAR | Afghanistan |
| 436 | 817 | BELMAR, RICHARD DEAN | U.K. |
| 437 | 826 | SALAAM, ABDUL | Afghanistan |
| 438 | 831 | KADIR, KHANDAN | Afghanistan |
| 439 | 832 | OMARI, MOHAMMAD NABI | Afghanistan |
| 440 | 834 | SHAHEEN NAQEEBYLLAH, SHAHWALI, ZAIR MOHAMMED | Afghanistan |
| 441 | 835 | MOHAMMED, RASOOL SHAHWALI ZAIR MOHAMMED | Afghanistan |
| 442 | 836 | SALEH, AYOUB MURSHID ALI | Yemen |
| 443 | 837 | AL MARWALAH, BASHIR NASIR ALI | Yemen |
| 444 | 838 | BALZUHAIR, SHAWKI AWAD | Yemen |
| 445 | 839 | AL MUDWANI, MUSAB OMAR ALI | Yemen |
| 446 | 840 | AL MAYTHALI, HA IL AZIZ AHMED | Yemen |
| 447 | 841 | NASHIR, SA ID SALIH SA ID | Yemen |
| 448 | 845 | MOHAMMED, AKHTAR | Afghanistan |
| 449 | 848 | ULLAH, AMIN | Afghanistan |
| 450 | 849 | NASIM, MOHAMMED 2 | Afghanistan |
| 451 | 850 | HASHIM, MOHAMMED | Afghanistan |
| 452 | 874 | NASIR, ABDUL | Afghanistan |
| 453 | 886 | NASRULLAH | Afghanistan |
| 454 | 888 | ISMAT ULLAH | Afghanistan |
| 455 | 890 | SANGARYAR, RAHMATULLAH | Afghanistan |
| 456 | 892 | AL HAMI, RAFIQ BIN BASHIR BIN JALUD | Tunisia |
| 457 | 893 | AL BIHANI, TOLFIQ NASSAR AHMED | Saudi Arabia |
| 458 | 894 | RAHMAN, MOHAMMED ABDUL | Tunisia |
| 459 | 899 | KHAN, SHAWALI | Afghanistan |
| 460 | 900 | JAWAD, MOHAMED | Afghanistan |
| 461 | 902 | MOHAMMED, TAJ | Afghanistan |
| 462 | 905 | ELBANNA, ABDUL LATIF | Jordan |
| 463 | 906 | AL RAWI, BISHER AMIN KHALIL | Iraq |
| 464 | 907 | RAHMAN, HABIB | Afghanistan |
| 465 | 909 | KHAN, MOHABET | Afghanistan |
| 466 | 914 | KHAN, SHARDAR | Afghanistan |
| 467 | 919 | ULLAH, FAIZ | Afghanistan |
| 468 | 923 | RAZZAQ, ABDUL | Afghanistan |
| 469 | 928 | GUL,KHI ALI | Afghanistan |
| 470 | 929 | QUDUS, ABDUL | Afghanistan |
| 471 | 933 | KHAN, SWAR | Afghanistan |
| 472 | 934 | GHANI, ABDUL | Afghanistan |
| 473 | 939 | AMEUR, MAMMAR | Algeria |
| 474 | 940 | ADEL HUSSEIN, HASSAN | Sudan |
| 475 | 941 | DIN, JUMA | Afghanistan |
| 476 | 942 | RAZZAK, ABDUL | Afghanistan |

**List of detainees who went through complete CSRT process**
**(All detainees who went through Round 1 of ARB process are also found on this list)**

| | Short ISN | Name | Citizenship |
|---|---|---|---|
| 477 | 943 | GHANI, ABDUL 2 | Afghanistan |
| 478 | 944 | SHARIFULLAH | Afghanistan |
| 479 | 945 | JAN, SAID AMIR | Afghanistan |
| 480 | 948 | KHAN, ANWAR | Afghanistan |
| 481 | 949 | ZAHOR, ABDUL | Afghanistan |
| 482 | 950 | KHAN, ABDULLAH | Afghanistan |
| 483 | 951 | NASIR, ALLAH | Afghanistan |
| 484 | 952 | SHAHZADA, HAJI | Afghanistan |
| 485 | 953 | HAMMDIDULLAH | Afghanistan |
| 486 | 954 | GHAFOUR, ABDUL | Afghanistan |
| 487 | 955 | QUASAM, MOHAMMED | Afghanistan |
| 488 | 956 | AHMAD, ABDUL | Afghanistan |
| 489 | 958 | NASIM, MOHAMMED 3 | Afghanistan |
| 490 | 961 | WAHAB, ABDUL | Afghanistan |
| 491 | 963 | BAGI, ABDUL | Afghanistan |
| 492 | 964 | RAHIMATULLAH | Afghanistan |
| 493 | 965 | HAFIZULLAH, | Afghanistan |
| 494 | 966 | BARIDAD | Afghanistan |
| 495 | 967 | NASERULLAH | Afghanistan |
| 496 | 968 | BISMULLAH, HAJI | Afghanistan |
| 497 | 971 | YAR, KUSHKY | Afghanistan |
| 498 | 972 | MOHAMMED, ALIF | Afghanistan |
| 499 | 974 | BULLAR, MOHI | Afghanistan |
| 500 | 975 | KARIM, BOSTAN | Afghanistan |
| 501 | 976 | WAZIR, ABDULLAH | Afghanistan |
| 502 | 977 | NASRAT YAR, HIZTULLAH | Afghanistan |
| 503 | 986 | KANDAHARI, KAKO | Afghanistan |
| 504 | 987 | GHALIB, HAJI | Afghanistan |
| 505 | 1001 | KHAIL, HAFIZULLAH SHABAZ | Afghanistan |
| 506 | 1002 | MATIN, ABDUL | Afghanistan |
| 507 | 1003 | AHMED, SHABIR | Afghanistan |
| 508 | 1004 | YACOUB, MOHAMMED | Afghanistan |
| 509 | 1007 | SADIQI, ABDUL HALIM | Pakistan |
| 510 | 1008 | SOHAIL, MOHAMMED MUSTAFA | Afghanistan |
| 511 | 1009 | KHAN, HAJI NASRAT | Afghanistan |
| 512 | 1010 | SHAH, NAHIR | Afghanistan |
| 513 | 1012 | TUKHI, AMINULLAH BARYALAI | Afghanistan |
| 514 | 1013 | AHMED, FEDA | Afghanistan |
| 515 | 1015 | MOHAMMED, HUSSEIN SALEM | Yemen |
| 516 | 1016 | HUWARI, SOUFIAN ABAR | Algeria |
| 517 | 1017 | AL RAMMAH, OMAR MOHAMMED ALI | Yemen |
| 518 | 1019 | NASIBULLAH | Afghanistan |
| 519 | 1021 | COMMANDER CHAMAN | Afghanistan |
| 520 | 1030 | HAFIZ, ABDUL | Afghanistan |
| 521 | 1032 | GHAFAAR, ABDUL | Afghanistan |
| 522 | 1035 | JAN, SADA | Afghanistan |
| 523 | 1036 | MOHAMMAD, AKHTIAR | Afghanistan |
| 524 | 1037 | NAZARGUL CHAMAN | Afghanistan |
| 525 | 1041 | NOOR, HABIB | Afghanistan |
| 526 | 1043 | RAZAK, ABDUL | Afghanistan |
| 527 | 1045 | KAMIN, MOHAMMED | Afghanistan |
| 528 | 1050 | AZIMULLAH | Afghanistan |
| 529 | 1051 | SHARBAT | Afghanistan |

**List of detainees who went through complete CSRT process**
**(All detainees who went through Round 1 of ARB process are also found on this list)**

| | Short ISN | Name | Citizenship |
|---|---|---|---|
| 530 | 1052 | RAHMAN, MAHBUB | Afghanistan |
| 531 | 1056 | MOHAMMED, SAID | Afghanistan |
| 532 | 1074 | AMAN, MOHAMMED | Afghanistan |
| 533 | 1075 | KAKAI | Afghanistan |
| 534 | 1094 | PARACHA, SAIFULLAH | Pakistan |
| 535 | 1095 | JAN, JUMMA | Tajikistan |
| 536 | 1100 | MUJAHID, ABDULLAH | Afghanistan |
| 537 | 1103 | ZAHIR, MOHOMMAD | Afghanistan |
| 538 | 1104 | RAHIM, MOHAMED | Afghanistan |
| 539 | 1117 | JALIL, MULLAH | Afghanistan |
| 540 | 1119 | HAJI HAMIDULLAH | Afghanistan |
| 541 | 1154 | SAID MOHAMMED ALI SHAH | Afghanistan |
| 542 | 1157 | HUKUMRA KHAN | Afghanistan |
| 543 | 1165 | YAKUBI, MOHAMMED MUSSA | Afghanistan |
| 544 | 1452 | BIN HAMLILI, ADIL HADI AL-JAZA'IRI | Algeria |
| 545 | 1453 | AL-KAZIMI, SANAD ALI YISLAM | Yemen |
| 546 | 1456 | BIN ATTASH, HASSAN MOHAMMED SALIH | Saudi Arabia |
| 547 | 1457 | SHARQAWI, AL HAJJ ABDU ALI | Yemen |
| 548 | 1458 | MOHAMMAD, BINYAM AHMED | Ethiopia |
| 549 | 1460 | RABBANI, ABDUL AL-RAHIM GHULAM | Pakistan |
| 550 | 1461 | RABBANI, MOHAMMED AHMAD GHULAM | Pakistan |
| 551 | 1463 | AL HILAL, ABDUL AL-SALAM | Yemen |
| 552 | 10001 | BELKACEM, BENSAYAH | Algeria |
| 553 | 10002 | LAHMAR, SABIR MAHFOUZ | Algeria |
| 554 | 10003 | NECHLE, MOHAMMED | Algeria |
| 555 | 10004 | AIT IDR, MUSTAFA | Algeria |
| 556 | 10005 | BOUMEDIENE, LAKHDAR | Algeria |
| 557 | 10006 | AL HAJJ, BOUDELLA | Algeria |
| 558 | 10007 | MUBANGA, MARTIN | U.K. |

**ATTACHMENT 3**

<u>The Legal Basis for Detaining Al Qaida and Taliban Combatants</u>

The United States and its coalition partners are engaged in a war against al-Qaida, the Taliban, and their affiliates and supporters. There is no question that under the law of war the United States has the authority to detain persons who have engaged in unlawful belligerence for the duration of hostilities, without charges or trial. Like all wars, we do not know when this one will end. Nevertheless, we may detain combatants until the end of the war.

Detention of enemy combatants in wartime is not an act of punishment. It is a matter of security and military necessity, and has long been recognized as legitimate under international law. The U.S. Supreme Court, in *Hamdi v. Rumsfeld*, 542 U.S. 507 (2004), specifically recognized the authority of the President to detain persons who fought with the Taliban and al Qaida against the United States. Detaining enemy combatants prevents them from returning to the battlefield and engaging in further armed attacks against innocent civilians and U.S. and Coalition forces. Furthermore, detention serves as a deterrent against future attacks by denying the enemy the fighters needed to conduct war. Releasing enemy combatants before the end of hostilities and allowing them to rejoin the fight could prolong the conflict and further endanger U.S. and Coalition forces and innocent civilians.

There is no requirement under the law of war that a detaining power charge enemy combatants with crimes, or give them lawyers or access to the courts in order to challenge their detention. To the extent that enemy combatants have committed offenses under the law of war, a detaining power may choose to try them. The law of war, which includes the Geneva Conventions, recognizes that military fora may be used to try persons who engage in belligerent acts in contravention of the law of war. The United States and many other nations have used military commissions throughout history; military commissions have an established and legitimate place in the law of war.

The Third Geneva Convention of 1949 accords POW status generally only to enemy forces that follow certain rules: being commanded by a person responsible for subordinates; having a fixed, distinctive sign recognizable at a distance; carrying arms openly; and conducting operations in accordance with the laws and customs of war. The President determined that although the Geneva Convention applies to Taliban detainees, such detainees are not entitled to POW status. As explained by the White House Press Secretary on February 7, 2002: "Under Article 4 of the Geneva Convention, . . . Taliban detainees are not entitled to POW status . . . . The Taliban have not effectively distinguished themselves from the civilian population of Afghanistan. Moreover, they have not conducted their operations in accordance with the laws and customs of war." Regarding al Qaeda, the statement continues: "Al Qaeda is an international terrorist group and cannot be considered a state party to the Geneva Convention. Its members, therefore, are not covered by the Geneva Convention, and are not entitled to POW status under the treaty." [1]

Even if detainees were entitled to POW status, they would not have the right to lawyers, access to the courts to challenge their detention, or the opportunity to be released prior to the end of hostilities. Nothing in the Third Geneva Convention provides POWs such rights, and POWs in past wars have generally not been given these rights.

For more information on the legal framework for the Global War on Terror and DoD Detention policy, see http://armed-services.senate.gov/e_witnesslist.cfm?id=1559.

---

[1]  Statement by the White House Press Secretary, in Washington, D.C. (at http://www.state.gov/s/l/38727.htm).

**ATTACHMENT 4**

From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Friday, December 16, 2005 5:44 PM
To: Cys, Richard
Subject: RE: Haleem No. 05-2376 (RBW)

Rick,

Consistent with our position throughout the Guantanamo habeas litigation, we cannot consent to an order requiring advance notice of any intended transfer of petitioner from Guantanamo.

We also cannot consent to entry of the November 8, 2004 Amended Protective Order or the two supplemental orders issued by Judge Green (December 13, 2004 supplement to the Protective Order regarding filing procedures and November 10, 2004 order regarding protected information designation procedures). We anticipate filing next week a motion for an order to show cause why the Haleem case should not be dismissed for lack of proper next friend standing. Unless we hear otherwise, we will inform the Court that you oppose the motion.

Regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084


-----Original Message-----
From: rickcys@dwt.com [mailto:rickcys@dwt.com]
Sent: Thursday, December 15, 2005 10:04 AM
To: Warden, Andrew (CIV)
Subject: Haleem No. 05-2376 (RBW)

Andrew,

On Monday we filed a petition in the above captioned case. I write to request your consent to expedited entry of the protective order entered by Judge Green in Abdah v. Bush. Also, please confirm that the government will not consent to giving 30 days notice of an intention to move Haleem from Guantanamo.

Thanks in advance.

Rick

Richard L. Cys
DAVIS WRIGHT TREMAINE LLP
1500 K Street N.W., Ste. 450
Washington, D.C. 20005-1272
Telephone: (202) 508-6617; Fax: (202) 508-6699
E-Mail: rickcys@dwt.com
http://www.dwt.com/lawdir/attorneys/CysRichard.cfm

**ATTACHMENT 5**

From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Wednesday, June 14, 2006 10:10 AM
To: Cys, Richard
Cc: Walsh, James
Subject: RE: Haleem No. 05-2376(RBW)

Rick,

Thanks for your e-mail, but our position regarding entry of the protective order remains the same. We cannot consent to entry of the Amended Protective Order or the two supplemental orders.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084; Fax: 202.616.8470

-----Original Message-----
From: rickcys@dwt.com [mailto:rickcys@dwt.com]
Sent: Wednesday, June 14, 2006 9:05 AM
To: Warden, Andrew (CIV)
Cc: budwalsh@dwt.com
Subject: Haleem No. 05-2376(RBW)

Andrew,

As you may recall, on December 16, 2005, you advised that the government would not agree to our request for expedited entry of the November 8,

2004 Amended Protective Order or the two supplemental orders issued by Judge Green (December 13, 2004 supplement to the Protective Order regarding filing procedures and November 10, 2004 order regarding protected information designation procedures). Especially in light of Judge Walton's recent decision in Amon (05-1493) ordering the entry of protective orders notwithstanding his earlier stay of proceedings, I write again to inquire whether the government will consent to the entry of the protective orders identified above. We think it is essentially that we visit our client as soon as possible in light of the recent tragic events at Guantanamo.

I look forward to hearing from you.

Thanks in advance.

Rick

Richard L. Cys
DAVIS WRIGHT TREMAINE LLP
1500 K Street N.W., Ste. 450
Washington, D.C. 20005-1272
Telephone: (202) 508-6617; Fax: (202) 508-6699
E-Mail: rickcys@dwt.com
http://www.dwt.com/lawdir/attorneys/CysRichard.cfm