IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADBUL HALEEM,    )<br>    )<br>    Petitioner/Plaintiff    )<br>    )<br>v.    )<br>    )<br>GEORGE W. BUSH, President of the    )<br>United States, *et al.*,    )<br>    )<br>    Respondents/Defendants.    ) | CA No. 05-2376 (RBW) |

**[PROPOSED] ORDER**

After consideration of Petitioner's Motion to Lift Stay and to Enter Protective Order Allowing Access of Counsel to Petition, it is, this ___ day of June, 2006, hereby

**ORDERED** that Petitioner's Motion is GRANTED, and it is further

**ORDERED** that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, in *In re Guantanamo Detainee Cases*, 344 F.Supp.2d 174 (D.D.C. 2004), the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in *In re Guantanamo Detainee Cases*, and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in *In re Guantanamo Detainee Cases*, shall also apply to this case.

_____
Reggie B. Walton
United States District Judge