IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HALEEM, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2376 (RBW) |

### **(PROPOSED) ORDER**

Having considered Respondents' Motion for Reconsideration of the Court's June 30, 2006 Order Entering the Protective Order in This Case, it is hereby

ORDERED that Respondents' Motion is GRANTED. The Court's June 30, 2006 Order is hereby VACATED.

IT IS SO ORDERED.


Dated: _____       _____
                                    REGGIE B. WALTON
                                    United States District Judge