IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDUL HALEEM,[1] | ) ) ) | |
| Petitioner/Plaintiff | ) ) | |
| v. | ) ) | CA No. 05-2376 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents/Defendants. | ) ) | |

**PETITIONER'S OPPOSITION TO RESPONDENTS' MOTION FOR PROCEDURES RELATING TO REVIEW OF CERTAIN DETAINEE MATERIALS**

On July 7, 2006, Respondents filed a consolidated motion in numerous pending Guantanamo Bay detainee cases, including this one, seeking to create special procedures for reviewing materials seized from detainees after three recent deaths, which appear to be suicides. In their motion, Respondents admitted that the military staff at Guantanamo had taken materials marked as "attorney/client privileged" from detainee cells and impounded them. The purpose for the motion is to create a "Filter Team" that would review these materials for relevance to an investigation into the deaths.

Counsel for Petitioner in this case have not yet met with their client. Litigation continues over the entry of the Protective Order. Counsel are in the process of securing their security clearances in order to make arrangements to visit Petitioner in Guantanamo Bay. Presumably, therefore, Petitioner is not one of the individuals from whom materials have been seized.

Regardless of the circumstances, however, Petitioner must be concerned about unilateral steps taken to invade the attorney-client privilege that was recognized for detainees in *Al Odah v.*

---

[1] The correct name for the Petitioner/detainee in this case is Abdul Halim Sadiqi, ISN # 1007.

*U.S.*, 346 F. Supp. 2d 1 (D.D.C. 2004), and recently endorsed by this Court in its June 30, 2006 Order entering the standard Protective Order for this case. Moreover, Counsel cannot agree to any procedure that would result in a "disclosure of privileged material" in a manner that waives the privilege.

Therefore, Petitioner opposes Respondents' Motion for Procedures Related to Review of Certain Detainee Materials. Petitioner opposes any action that would invade, destroy or waive the attorney-client privilege so important to providing effective legal advice to detainees at Guantanamo Bay.

Dated July 20, 2006

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

/s/
Richard L. Cys (DC Bar No. 087536)
1500 K Street, NW, Ste. 450
Washington, DC  20005-1272
Tel:  (202) 508-6617
Fax:  (202) 508-6699

James P. Walsh (DC Bar No. 930115)
One Embarcadero Center, Ste. 600
San Francisco, CA  94111-3611
Tel:  (415) 276-6556
Fax:  (415) 276-6599

*Counsel for Petitioner*

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012

## CERTIFICATE OF SERVICE

I, Richard L. Cys, hereby certify at on this 20th day of July, 2006, I caused copies of the foregoing Petitioner's Opposition to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials, to be served on each of the Respondents or their counsel as follows:

*By Express Mail:*

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC  20530

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 5111
Washington, DC  20530

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC  20500

Donald Rumsfeld
Secretary of Defense
U.S. Department of Defense
1000 Defense Pentagon
Washington, DC  20301-1000

*By email to:*

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Room 6120
Washington, DC  20530
e-mail:  Andrew.Warden@usdoj.gov

 

                     /s/
Richard L. Cys