## APPENDIX 1

**Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have a good faith basis to believe that petitioners had privileged communications with counsel prior to June 18, 2006**

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Gherebi v. Bush*, 04-CV-1164 (RBW) | Falen Gherebi | 189 | Yes | Yes |
| *Almurbati v. Bush*, 04-CV-1227 (RBW) | Isa Ali Abdulla Almurbati | 052 | Yes | Yes |
| *Almurbati v. Bush*, 04-CV-1227 (RBW) | Adel Kamel Abdulla Hajee | 060 | No | |
| *Almurbati v. Bush*, 04-CV-1227 (RBW) | Abdullah Majed Sayyah Hasan Alnoaimi | 159 | No | |
| *Almurbati v. Bush*, 04-CV-1227 (RBW) | Salah Abdul Rasool Al Bloushi | 227 | Yes | Yes |
| *Almurbati v. Bush*, 04-CV-1227 (RBW) | Salman Bin Ibrahim Bin Mohammed Bin Ali Al-Kalifa | 246 | No | |
| *Almurbati v. Bush*, 04-CV-1227 (RBW) | Jum'ah Mohammed Abdullatif Aldossari | 902 | Yes | Yes |

1

# APPENDIX 1

**Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have a good faith basis to believe that petitioners had privileged communications with counsel prior to June 18, 2006**

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Mohammad v. Bush*, 05-CV-879 (RBW) | Taj Mohammad | 152 | Yes | Yes |
| *Al Khalaqi v. Bush*, 05-CV-999 (RBW) | Asim Ben Thabit Al-Khalaqi | 152 | Yes | Yes |
| *Al Jayfi v. Bush*, 05-CV-2104 (RBW) | Ali Hamza Ahmed Suliman Bahlool | 039 | Yes | Yes |
| *Al Jayfi v. Bush*, 05-CV-2104 (RBW) | Othman Ali Mohammed Al Shamrany | 171 | No | |
| *Al Jayfi v. Bush*, 05-CV-2104 (RBW) | Issam Hamid Ali Bin Ali Al Jayfi | 183 | Yes | Yes |
| *Al Jayfi v. Bush*, 05-CV-2104 (RBW) | Abdul Al Qader Ahmed Hussain | 690 | Yes | Yes |
| *Al Jayfi v. Bush*, 05-CV-2104 (RBW) | Khalid Mohammed Al Thabbi | Unidentified | | |
| *Al Jayfi v. Bush*, 05-CV-2104 (RBW) | Saleh Mohammed Seleh Al Thabbii | Unidentified | | |

2

## APPENDIX 1

**Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have a good faith basis to believe that petitioners had privileged communications with counsel prior to June 18, 2006**

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Jamolivich v. Bush*, 05-CV-2112 (RBW) | Jabbarow Oybek Jamolivich | 452 | Yes | No |
| *Haleem v. Bush*, 05-CV-2376 (RBW) | Abdul Haleem | 1007 | Yes | No |

3