IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDUL HALEEM, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2376 (RBW) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

**NOTICE OF WITHDRAWAL OF RESPONDENTS' MOTION FOR
PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE
MATERIALS AND REQUEST FOR EXPEDITED BRIEFING**

Respondents hereby withdraw their July 7, 2006 Motion For Procedures Related To Review Of Certain Detainee Materials And Request For Expedited Briefing in the above captioned cases. Although it has been determined that materials of petitioner Abdul Haleem (ISN 1007) have been impounded for purposes of the ongoing investigation by the Naval Criminal Investigative Service, counsel for petitioner has represented that he has no reason to believe that petitioner had any attorney-client communications among the seized materials. Based on this representation from counsel, and with the concurrence of counsel, respondents hereby withdraw their motion with respect to the petitioner in the above-captioned case.

Dated: August 16, 2006          Respectfully submitted,

                                PETER D. KEISLER
                                Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN (IN Bar No. 23840-49)
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC 20530
Tel: (202) 514-4107

Attorneys for Respondents