# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HALEEM, *et al.*,     )<br><br>    )<br>Petitioner,     )<br><br>v.     )<br><br>GEORGE W. BUSH,     )<br>President of the United States, *et al.,*     )<br><br>Respondents.     ) | Civil Action No. 05-CV-2376 (RBW) |

## NOTICE OF TRANSFER OF PETITIONER

Respondents hereby provide notice that the United States has relinquished custody of

petitioner Abdul Haleem (ISN 1007) and transferred him to the control of the Government of the

Pakistan.


Dated: October 24, 2006

                         Respectfully submitted,

                         PETER D. KEISLER
                         Assistant Attorney General

                         DOUGLAS N. LETTER
                         Terrorism Litigation Counsel

                           */s/* Andrew I. Warden
                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                         TERRY M. HENRY
                         JAMES J. SCHWARTZ
                         PREEYA M. NORONHA
                         ROBERT J. KATERBERG
                         ANDREW I. WARDEN (IN Bar. No. 23840-49)
                         NICHOLAS J. PATTERSON
                         EDWARD H. WHITE

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents