UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDUL HALEEM, et al., | ) ) ) | |
| Petitioner | ) | |
| v. | ) ) | Civil Action No: 05-2376 (RBW) |
| GEORGE W. BUSH, et al., | ) ) ) | |
| Respondents. | ) ) | |

**ORDER**

On October 24, 2006, the respondents in this case notified the Court that "the United States has relinquished custody of [petitioner Abdul Haleem (ISN 1007)] and transferred him to the control of the Government of . . .Pakistan." Notice of Transfer of Petitioner at 1. Accordingly, it is hereby

**ORDERED** that the petitioner shall show cause by November 28, 2006, why this case should not be dismissed on the grounds that it has become moot.

**SO ORDERED** this 9th day of November, 2006.

REGGIE B. WALTON
United States District Judge