UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HALEEM, et al., )<br>)<br>Petitioner )<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. )<br>) | Civil Action No: 05-2376 (RBW) |

**ORDER**

On October 24, 2006, the respondents in this case notified the Court that "the United States has relinquished custody of [petitioner Abdul Haleem (ISN 1007)] and transferred him to the control of the Government of . . .Pakistan." Notice of Transfer of Petitioner at 1. Accordingly, it is hereby

**ORDERED** that the petitioner shall show cause by November 28, 2006, why this case should not be dismissed on the grounds that it has become moot.

**SO ORDERED** this 9th day of November, 2006.

REGGIE B. WALTON
United States District Judge