IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HALEEM, | ) |
| Petitioner/Plaintiff, | ) |
| v. | ) CA No. 05-2376 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) |
| Respondents/Defendants. | ) |

**RESPONSE TO ORDER TO SHOW CAUSE**

In response to the Court's Order to Show Cause issued November 9, 2006, counsel state that they have confirmed that petitioner Abdul Haleem has arrived in Pakistan and accordingly they have no objection to dismissing this case without prejudice.

Dated this 22nd day of November, 2006.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

/s/
Richard L. Cys (DC Bar No. 087536)
1500 K Street, NW, Ste. 450
Washington, DC 20005-1272
Tel: (202) 508-6617
Fax: (202) 508-6699

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

James P. Walsh (DC Bar No. 930115)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: (415) 276-6556
Fax: (415) 276-6599

Counsel for Petitioner

## CERTIFICATE OF SERVICE

I, Richard L. Cys, hereby certify at on this 22nd day of November, 2006, I caused copies of the foregoing Response to Order to Show Cause to be served on each of the Respondents or their counsel as follows:

*By Express Mail:*

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC  20530

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 5111
Washington, DC  20530

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC  20500

Donald Rumsfeld
Secretary of Defense
U.S. Department of Defense
1000 Defense Pentagon
Washington, DC  20301-1000

*By email to:*

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Room 6120
Washington, DC  20530
e-mail:  Andrew.Warden@usdoj.gov


       /s/
Richard L. Cys