UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDUL HALEEM, et al., | ) | |
| Petitioner | ) | |
| v. | ) | Civil Action No: 05-2376 (RBW) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |

**ORDER**

On October 24, 2006, the respondents in this case notified the Court that "the United States has relinquished custody of [petitioner Abdul Haleem (ISN 1007)] and transferred him to the control of the Government of . . .Pakistan." Notice of Transfer of Petitioner at 1. In response, counsel for the petitioner notified the Court that the petitioner has arrived in Pakistan and counsel for the petitioner does not object to dismissing the case without prejudice. Response to Order to Show Cause. Accordingly, it is hereby

**ORDERED** that this matter is dismissed without prejudice.

**SO ORDERED** this 29th day of November, 2006.

REGGIE B. WALTON
United States District Judge