IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL HALEEM, *et al.* )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE WALKER BUSH, )<br>)<br>*et al.,* )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2376 (RBW) |

**JOINT STATUS REPORT IN RESPONSE TO COURT'S JUNE 20, 2008 ORDER**

Pursuant to the Court's June 20, 2008 Order (dkt. no. 37), undersigned counsel for petitioner and respondents jointly state as follows:

Petitioner Abdul Haleem (Internment Serial Number 1007) is no longer detained at Guantanamo Bay. In October 2006, the United States relinquished custody of petitioner Haleem and transferred him to the control of the Government of Pakistan. Thereafter, on November 29, 2006, the Court dismissed this case without prejudice. *See* dkt. no. 34. No duplicate habeas petitions have been filed on behalf of petitioner Haleem.

\\

\\

\\

Dated: June 27, 2008                                               Respectfully Submitted,


By: _____/S/_____                                         _____/S/_____
Richard Cys                                                        Andrew I. Warden
Davis Wright Tremain                                               United States Department of Justice
1919 Pennsylvania Ave, Suite 200                                   Civil Division, Federal Programs Branch
Washington, D.C. 20006                                             20 Massachusetts Ave., NW, Rm. 7332
Tel: (202) 973-4217                                                Washington, D.C. 20530
                                                                   Tel: (202) 616-5084


Attorney for Petitioner                                            Attorney for Respondents